UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY A. DYER, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. C19-5492 MLP <br><br> ORDER |

In February 2020, the Court affirmed the final decision of the Commissioner and dismissed the case with prejudice. (Dkt. ## 13, 14.) Plaintiff appealed that decision to the Ninth Circuit. (Dkt. ## 15,16.) On appeal, the Commissioner filed an unopposed motion to vacate the judgment and to remand pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021). (*See* Dkt. # 20.) The Ninth Circuit granted the motion. (*Id.*) Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's decision in *Carr*.

//

//

//

ORDER - 1

Dated this 24th day of June, 2021.

*MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge